AO 450   Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_DISTRICT OF\_\_NEVADA\_\_\_\_\_

MICHAEL D. RUTHERFORD and
JILL M. RUTHERFORD,

      Plaintiffs,

V.

INTEGRITY 1ST FINANCIAL GROUP, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:012-cv-0019-RCJ-WGC**

\_\_   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **XX**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** Defendant Cal-Western Reconveyance Corporation's Renewed Motion for Summary Judgment is GRANTED in its entirety.  There are no remaining claims in this case.

   May 17, 2013                                **LANCE S. WILSON**
                                                              Clerk

                                                       /s/ Lia Griffin
                                                         Deputy Clerk